UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. GLENN SCHMASOW, <br><br> Plaintiff, <br><br> vs. <br><br> ENDOGASTRIC SOLUTIONS, INC., <br><br> Defendant. | Case No. CV-12-78-BLG-DWM <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED after a review of the Settlement Agreement, the Court consents to the dismissal of this action. IT IS ORDERED that the claims of the United States and Relator are hereby DISMISSED WITH PREJUDICE.

Dated this 4th day of March, 2014.

TYLER P. GILMAN, CLERK

By: /s/ H. Mclean
H. Mclean, Deputy Clerk